UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD BRINKMAN, and other persons similarly situated,

Plaintiffs,

v.

KAREN RAHM, *et al.*,

Defendants.

Case No. C84-812T

ORDER

While the Order Tentatively Approving Settlement was pending during the time notice of the settlement was being provided to class members, a Motion To Disqualify DSHS from Seizing Plaintiff's Social Security was filed by Randy Scott Baker. Mr. Baker, indicating that he is receiving treatment at Western State Hospital pursuant to a court order (apparently in a King County criminal action), moved this Court to deny DSHS from seizing his funds. The circumstances of Mr. Baker's case do not relate to the issues in this class action. ACCORDINGLY,

IT IS ORDERED: Motion To Disqualify DSHS from Seizing Plaintiff's [Randy Scott Baker] Social Security [Dkt. # 111] is DENIED.

DATED this 7th day of September, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1